MARCH 28, 1955.*

No. 450. BATES v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. *Per Curiam:* The petition for certiorari is granted. Petitioner's claim to exemption as a conscientious objector has been denied by the National Appeal Board without his Selective Service file ever having been referred to the Department of Justice for inquiry, hearing, and recommendation. The procedure prescribed by § 6 (j) of the Universal Military Training and Service Act, 62 Stat. 612, as amended, 50 U. S. C. App. § 456 (j), has not been complied with, and the judgment of conviction is accordingly reversed. *Hayden C. Covington* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg and Robert G. Maysack* for the United States.

No. 521. MOORE v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. *Per Curiam:* The petition for certiorari is granted. Petitioner and witnesses tendered by him declined, because of religious scruples against oath-taking, to use the word "solemnly" in affirming to tell the truth. The trial court refused to permit them to testify. There is no requirement that the word "solemnly" be used in the affirmation, and the judgment of conviction is therefore reversed and the case remanded for a new trial. *Francis Heisler* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg and Carl H. Imlay* for the United States.

*Mr. JUSTICE HARLAN took no part in the consideration or decision of the cases in which orders were this day announced.